IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JUAN LUIS HERNANDEZ VAZQUEZ

SANDRA MILAGROS RIVERA MARTINEZ

   DEBTOR(S)

CASE NO. 23-01321-MCF

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is : $ 0.00

3. The general unsecured pool is : $ 0.00

AMENDED PLAN DATE: August 17, 2023     PLAN BASE: $85,700.00

TRUSTEE'S REPORT ON CONFIRMATION DATED: 9/1/2023

[ ] FAVORABLE     [X] UNFAVORABLE

**1. [X] FAILS SECTION 1325(a)(9):**

**• IRS Tax Returns: Trustee received from debtor a certificate of mailing related to documents sent to IRS. Debtor should file said certification to the court with a motion specifying which tax return is related to said certificate of mailing. Debtor only provided the copy of 1040 -PR 2020. Therefore, he is still pending to submit evidence of being filed said tax return.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: ROBERTO FIGUEROA

/s/ Pedro R Medina
Pedro R Medina
USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DR