IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

IN RE:

**JUAN LUIS HERNANDEZ VAZQUEZ**
**aka JUAN L HERNANDEZ VAZQUEZ, aka JUAN**
**LUIS HERNANDEZ, dba JUAN LUIS HERNANDEZ**
**REAL ESTATE**
**SANDRA MILAGROS RIVERA MARTINEZ**
**aka SANDRA M RIVERA MARTINE, aka SANDRA**
**MILAGROS MARTINEZ**

xxx–xx–5585
xxx–xx–9818

Debtor(s)

Case No. **23–01321 MCF**

Chapter **13**

FILED & ENTERED ON 12/15/23

## *ORDER CONFIRMING PLAN*

The debtor's (s') Chapter 13 plan was duly served on all parties. A hearing on confirmation of the plan was held after due notice to all parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. § 1325(a) are met.

1. The debtor, or his employer, shall make the payments to the trustee required by the plan as confirmed or as hereafter modified. If the debtor does not cause such payments to be timely made, the trustee may request the court for an order directing the debtor's employer to make the appropriate payroll deductions and payments to the trustee or to pay the debtor's entire earnings and wages to the trustee [11 U.S.C. § 1325(c)]. Such an order may be issued without further notice.

2. The debtor shall obtain the approval of the trustee prior to incurring additional debt. The failure to obtain such approval may cause the claim for such debt to be disallowed pursuant to 11 U.S.C. § 1305 (C) and the debt to be non dischargeable [11 U.S.C. § 1328 (d)].

3. If the debtor's plan is confirmed prior to the last day to file claims, or to object to the debtor's claim of exemptions, a modification of the confirmed plan pursuant to 11 U.S.C. 1329 may be required after these dates have past.

**Therefore, IT IS HEREBY ORDERED that the debtor's Chapter 13 plan dated 8/17/23 is CONFIRMED. The hearing set for 1/11/24 is vacated and set aside.**

**ALLOWANCE OF DEBTOR ATTORNEY'S FEES**

The application for the allowance of reasonable compensation as authorized by 11 U.S.C. § 330, having been considered, the court finds that a reasonable fee for the services performed and undertaken by such attorney is $4,000.00. Such fee, or a lesser amount pursuant to the Form B2030 filed, less any retainer, shall be paid by the trustee from the monies received under the debtor's plan, provided, however that such payments be deferred in time to payments which may be required to provide adequate protection of the interest of the holders of secured claims.

In San Juan, Puerto Rico, this Friday, December 15, 2023 .

Mildred Caban Flores
United States Bankruptcy Judge