**Fill in this information to identify the case:**

Debtor 1    JUAN LUIS HERNANDEZ VAZQUEZ

Debtor 2    SANDRA MILAGROS RIVERA MARTINEZ
(Spouse, if filing)

United States Bankruptcy Court for the: District of Puerto Rico

Case number    23-01321-MCF13

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PLANET HOME LENDING, LLC, SERVICER FOR LUNA RESIDENTIAL III LLC

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 8 8 1 8

**Date of payment change:**
Must be at least 21 days after date of this notice    08/01/2024

**New total payment:**    $ 948.82
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 0.02    **New escrow payment:** $ 22.90

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%    **New interest rate:** _____%

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor 1  JUAN LUIS HERNANDEZ VAZQUEZ  Case number (*if known*) 23-01321-MCF13
          First Name  Middle Name  Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ s/SERGIO A. RAMIREZ DE ARELLANO     Date  08/23/2024
   Signature

Print:  Sergio A. Ramírez de Arellano          Title  Attorney for creditor
        First Name  Middle Name  Last Name

Company  SARLAW LLC

Address  Banco Popular Center Suite 1822 209 Muñoz Rivera
         Number  Street

         San Juan            PR      00918
         City                State   ZIP Code

Contact phone  787-765-2988              Email  sramirez@sarlaw.com



321 Research Parkway, Suite 303
Meriden, CT 06450

**ADDRESS SERVICE REQUESTED**

JUAN L HERNANDEZ-VAZQUEZ
SANDRA M RIVERA-MARTINEZ
UR EL ROCIO
69 CALLE HIEDRA
CAYEY PR 00736-4882

**ANNUAL ESCROW ACCOUNT
DISCLOSURE STATEMENT**

| | |
|---|---:|
| Analysis Date: | 05/30/2024 |
| Loan Number: | 8818 |
| Borrower Name: | JUAN L HERNANDEZ-VAZQUEZ |
| Co-Borrower Name: | SANDRA M RIVERA-MARTINEZ |
| Customer Service: | **866-882-8187** |

Monday through Friday 8:30 a.m. to 9:00 p.m. Eastern Time

Visit Our Website at: **www.planethomelending.com**
Email: cs@myloansupport.com

Planet Home Lending, LLC ("Planet") has reviewed your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay items such as property taxes, mortgage insurance and homeowner's insurance premiums on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and the details related to your account.

### 1. What is the amount of my new monthly payment starting August 01, 2024 ?

| Payment Items | Current Payment | New Payment | Difference |
|---|---:|---:|---:|
| Principal and Interest | $925.92 | $925.92 | $0.00 |
| Escrow | $0.02 | $22.90 | $22.88 |
| **Total Monthly Payment** | **$925.94** * | **$948.82** | **$22.88** |

- **Note:** If you currently use a bill pay service to make your monthly payments, please update the amount scheduled for submission in August to reflect the new payment listed above. If you are currently set up on automatic payments with Planet, your August payment will automatically be adjusted to include the above escrow amount(s).
- *If you have an adjustable rate mortgage the New Payment Amount may not reflect any pending changes to the Principal and Interest portion of your payment.*

* For customers in a Chapter 11 or 13 bankruptcy, this amount may not reflect payments made to the trustee. Please contact your attorney or Trustee if you have any questions.

### 2. What are the most common reasons that my escrow payment may change from year to year?

**A. Increases or Decreases in Amounts Billed –** the amount we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, mortgage insurance, and homeowner's insurance premiums. The information below compares the amounts Planet expected to pay for each item this past year from your escrow account to the actual amounts that were paid. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Expected Amounts Due | Actual Amounts Due | Difference |
|---|---:|---:|---:|
| COUNTY | N/A | $274.82 | $274.82 |
| HOMEOWNERS | N/A | $0.01 | $0.01 |
| **Total Annual Escrow Payments** | **$0.24** | **$274.83** | **$274.59** |
| **Monthly Escrow Payments** | **$0.02** | **$22.90** | **$22.88** |

**B. Repayment of Escrow Shortage or Surplus –** According to the projections shown in Table 1 on the reverse side, your escrow account will rise above the minimum required balance of $45.81 in July. This means you will have a *surplus* of $145.20 in your escrow account.

| Projected Low Escrow Balance | | Allowed Low Escrow Balance | | Surplus |
|---:|:---:|---:|:---:|---:|
| -$1,804.37 | minus | $45.81 | equals | $145.20 |

---

| | |
|---|---|
| **Loan Number:** | 8818 |
| **Name:** | JUAN L HERNANDEZ-VAZQUEZ |
| | SANDRA M RIVERA-MARTINEZ |
| **Surplus Amount:** | **$145.20** |

### ESCROW SURPLUS SUMMARY

If your loan is current, a check for the surplus amount will follow under separate cover. If you have any questions, please contact our Customer Service Department at 866-882-8187.



321 Research Pkwy, Ste 303
Meriden CT  06450

## COMING YEAR ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow shortage or surplus. Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference from a previous estimate in either the date or the amount. The letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown. If you want a further explanation or would like to request another analysis this computation year, please call our toll-free number.

**Unless limited by state law, Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.**

**Please keep this statement for comparison with the actual activity in your escrow account at the end of the escrow accounting computation year.**

### TABLE 1 - ACCOUNT PROJECTIONS

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Required Balance | Projected Balance |
|---|---|---|---|---|---|
| Beginning Balance | | | | $45.84 | -$1,804.34 |
| August | 22.90 | 0.00 | | 68.74 | -1,781.44 |
| September | 22.90 | 0.00 | | 91.64 | -1,758.54 |
| October | 22.90 | 0.00 | | 114.54 | -1,735.64 |
| November | 22.90 | 0.00 | | 137.44 | -1,712.74 |
| December | 22.90 | 0.00 | | 160.34 | -1,689.84 |
| January | 22.90 | 137.41 | COUNTY | 45.83 | -1,804.35 |
| February | 22.90 | 0.00 | | 68.73 | -1,781.45 |
| March | 22.90 | 0.00 | | 91.63 | -1,758.55 |
| April | 22.90 | 0.00 | | 114.53 | -1,735.65 |
| May | 22.90 | 0.00 | | 137.43 | -1,712.75 |
| June | 22.90 | 0.01 | HOMEOWNERS | 160.32 | -1,689.86 |
| July | 22.90 | 137.41 | COUNTY | 45.81 | -1,804.37 |

** Low Balance used to determine escrow overage or shortage.

**New York Residents:** Planet is obligated to make all payments for taxes for which the real property tax escrow account is maintained and if any such payments are not timely, Planet is responsible for making such payments including any penalties and interest; You are obligated to pay one-twelfth of the taxes each month to Planet which will be deposited into the real property tax escrow account, unless there is a deficiency or surplus in the account, in which case a greater or lesser amount may be required; Planet must deposit the escrow payments made by you in a banking institution or a licensed branch of a foreign banking corporation whose deposits are insured by a federal agency; and Planet cannot impose any fees relating to the maintenance of the real property tax escrow account.

**NEW YORK RESIDENTS:** Please be advised that Planet Home Lending, LLC ("Planet") is registered with the Superintendent of Financial Services for the State of New York. Borrowers may file complaints about Planet with the New York State Department of Financial Services. Borrowers may also obtain further information from the New York State Department by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**Nevada Residents:** You may specify the disposition of any excess money within 20 days after you receive this statement.

**Oregon Residents Only:** The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at 866-882-8187 or www.planethomelending.com. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888-877-4894 or visit dfr.oregon.gov.

ATTENTION TO ANY DEBTOR IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY: This communication is being sent for compliance and/or informational purposes only, and is not an attempt to collect a debt or impose personal liability on the recipient except as permitted by law. Please be advised that this communication constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof who has received a discharge of such debt in accordance with applicable bankruptcy laws or who is subject to the automatic stay of Section 362 of the US Bankruptcy Code. Planet Home Lending, LLC retains its rights under its security instrument, including the right to foreclose its lien.

**Borrowers who are not in bankruptcy or who have not received a discharge in bankruptcy, please be advised that Planet Home Lending, LLC is a debt collector attempting to collect a debt and any information obtained may be used for that purpose.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re**: | |
| **JUAN LUIS HERNANDEZ VAZQUEZ; SANDRA MILAGROS RIVERA MARTINEZ** | **CASE NO. 23-01321 (MCF)** |
| **Debtors** | **Chapter 13** |

## CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

WE HEREBY CERTIFY that a copy of the *Notice of Payment Change* was electronically filed by Movant using the CM/ECF System, which will send a notification to Standing Chapter 13 Trustee and to the debtors' attorney. In addition, a copy of the *Notice of Payment Change* was sent by Movant to the debtors at the address of record.

In San Juan, Puerto Rico on the 23rd day of August 2024.

SARLAW LLC
Attorneys for Planet Home Lending, LLC
Suite 1822, Banco Popular Center
209 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918-1009
Tel.: (787) 765-2988
Fax No. (787) 765-2973
sramirez@sarlaw.com

*/S/ Sergio A. Ramirez de Arellano*
USDC PR 126804